IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POINTWISE VENTURES LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SYTE VISUAL CONCEPTION LTD.,<br><br>    *Defendant*. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 2:24-CV-00191-JRG<br>§<br>§<br>§<br>§ |

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff Pointwise Ventures LLC ("Plaintiff").[1] (Dkt. No. 6.) In the Notice, Plaintiff requests dismissal without prejudice of the above-captioned case under Rule 41(a)(1)(A)(i). (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

Sep 23, 2024

                                                  RODNEY GILSTRAP
                                                  UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Notice and Plaintiff's Proposed Order both identify the wrong plaintiff in the case caption—Plaintiff only correctly identifies the defendant and case number. (Dkt. No. 6, 6-1.) This is yet another "straightforward case of sloppy lawyering" by Plaintiff's counsel "which wastes the Court's time." *See Telsync Techs. LLC v. Samsung Elecs. Am. Inc.*, No. 2:24-cv-00298-JRG, Dkt. No. 25 at 2 (E.D. Tex. Sept. 5, 2024).